**This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).**

Submitted February 2, affirmed February 23, 2023

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JUAN DIEGO VILLA RODRIGUEZ,
aka Juan D. Villa Rodriguez,
*Defendant-Appellant.*

Clackamas County Circuit Court
20CR05174; A177248

Ulanda L. Watkins, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Stacy M. Du Clos, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jon Zunkel-deCoursey, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

PER CURIAM

Affirmed. *State v. Colgrove*, 370 Or 474, 521 P3d 456 (2022).